AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**LUTHER L. WALKER**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  11-8470-LRJ<br>)<br>)<br>) |

FILED by ___ D.C.
DEC 28 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 28, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Michael D. Barbercheck
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/28/2011__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    U.S. Magistrate Judge Linnea R. Johnson
*Printed name and title*

# AFFIDAVIT

I, MICHAEL D. BARBERCHECK, being duly sworn, depose and state:

(1) That I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed for over Twelve years. Prior to being an ATF agent I served as a Police Office and Detective with the City of Cape Coral, Florida for approximately ten years. I have received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities to include possession of a firearm by a convicted felon. I make this statement on my personal knowledge, court records and interviews with law enforcement officers and a latent fingerprint examiner. This affidavit does not set forth every fact known to your affiant regarding the investigation.

(2) The defendant, LUTHER L. WALKER, is a convicted felon. A check of the Palm Beach County Clerk of Courts records revealed that LUTHER L. WALKER has sustained a total of at least eight felony convictions which include the following: (i) on or about April 26, 2007,

LUTHER L. WALKER was convicted in Palm Beach County, Florida for possession of cocaine with intent to sell, a second degree felony, in case number 06-3175-CFA02; (ii) on or about April 26, 2007, WALKER was convicted in Palm Beach County, Florida for felon in possession of firearm, a second degree felony, in case number 2007-CF-002061AXX;

On 12-28-2011 at approximately 0832 Officer Price was dispatched to the area of West 34th Street and Avenue in reference to an unknown black male wearing all black clothing to include a black and gray hat carrying two (2) handguns. After canvassing the area, Officer Summers was advised by Detective Campbell there was a black male walking west on the 1400 block of West 35th Street that matched the description. Officer Summers attempted to make contact with the black male at 1449 West 35th Street, who had both hands concealed in the pockets of a black jacket he was wearing.

Soon after Officer Summers made contact with the black male, he took off running south into the yard at 1449 West 35th Street, which is when I exited my vehicle in pursuit of the black male. He jumped the chain link fence at that address and continued to run south pass West 34th Street, he then headed east through an alley way. Officer Price remained

in pursuit yelling "Police Stop" and the individual refused to comply and continued running.

He finally jumped the back fence at 1337 West 34th Street when Officer Price caught up with him in the front of that residence. Officer Price apprehended the black male at 1337 West 34th Street and placed him under arrest. The black male was identified as Luther Walker D.O.B 03-12-1983. Officer Summers recovered the black jacket the black male took off, (with gloves) where he found a Heckler and Koch semi-automatic handgun (model P7M8) in the right pocket of the jacket. The firearm was chambered with one live round and six rounds in the magazine. Officer summers secured the firearm and brought it back to the Riviera Beach police Department where it was placed into evidence for safe keeping.

Later, Agent Barbercheck from the Department of Alcohol Tabacoo and Firearms arrived at the Riviera Beach Police Department. Agent Barbercheck took over the investigation and all evidence recovered concerning this case was turned over to Agent Barbercheck.

On Wednesday, December 28th, 2011 at approximately 0832 hours, Riviera Beach Police Communications received a call from an unidentified concerned citizen, in reference to a black male wearing all black walking in

the 3400-Block of Avenue O. The citizen advised the black male was in possession of two loaded firearms. Multiple Officers from the Riviera Beach Police Department responded to the area to investigate. Officer Summers heard Detective Campbell advise (over the radio) he observed a black male fitting the description walking in the 1400 Block of West 35th Street. Officer Summers was right around the corner at Avenue R and West 35th Street. As Officer Summers turned East onto West 35th Street, Officer Summers observed a black male wearing a black leather jacket, black pants and black hat walking West bound on West 35th Street in the 1400 Block. Officer Summers exited his patrol vehicle in front of 1449 West 35th Street and approached the black male who had both of his hands concealed in the pockets of his leather jacket. Officer Summers ordered the black male to Stop and take his hands out of the jacket and let me see your hands.

The black male refused to comply and ran into the front yard of 1449 West 35th Street, stripping off the black leather jacket as he ran around the corner of the residence towards the back yard. Officer Summers observed the black male suspect jump the chain link fence and run East bound down the alley way with Officer Price giving chase on foot directly behind the

4

suspect. Officer Summers did not give chase on foot through the alley way. Officer Summers kept a constant visual on the black leather jacket. The suspect was apprehended after a brief foot pursuit by Officer Price at 1337 West 34th Street and placed under arrest. The suspect was identified as Luther Walker 3/12/83. A check of Walker's record revealed multiple felony convictions.

Officer Summers then took possession of the leather jacket. Officers Summers (With gloves) reached into the right front pocket of the leather jacket. Inside the right pocket was a black in color Heckler & Koch" semi-automatic firearm (Model P7M8). The firearm was chambered with a live bullet in the chamber and six rounds in the magazine.

Officer Summers secured the firearm and transported it to the Riviera Beach Police Department. Officer Summers then placed the firearm into Riviera Beach Police Department Evidence for safe keeping.

(3)  The firearm and ammunition in this case, a Heckler and Koch semi-automatic handgun (model P7M8) and one or more rounds of Winchester 9 mm ammunition, was not manufactured in the State of Florida, therefore the firearm and ammunition has affected interstate and/or foreign commerce.

(4)   Based on the foregoing , your affiant maintains that probable cause exists to believe that the defendant, LUTHER L. WALKER, has committed a violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL D. BARBERCHECK, Special Agent
Bureau of Alcohol, Tobacco and
Firearms

Sworn to and Subscribed to
before me this 28th day of
December, 2011.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8470-LRJ

UNITED STATES OF AMERICA

vs.

LUTHER L. WALKER,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_ Yes   X   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_ Yes   x   No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:   LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV